UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DLA INDUSTRIES,<br><br>　　　　　Plaintiff,<br>vs.<br><br>AFL TELECOMMUNICATIONS, LLC,<br><br>　　　　　Defendant. | CIVIL ACTION NO. |

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT
## AFL TELECOMMUNICATIONS, LLC

Come now defendant AFL Telecommunications, LLC ("AFL"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and provides the following disclosure statement:

1. AFL is a Delaware limited liability company whose sole member is American Fujikura, Ltd., a Delaware corporation.

2. There is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

s/Genevieve M. Spires
Genevieve M. Spires (GS9035)
**PORZIO, BROMBERG & NEWMAN, P.C**
100 Southgate Parkway
Morristown, NJ  07962-1997
Phone: (973) 538-4006
Fax: (973)-538-5146
gmspires@pbnlaw.com
*Attorneys for Defendant AFL Telecommunications, LLC*

Dated:  October 5, 2009